For the foregoing reasons the judgments of conviction and sentences for armed robbery are affirmed; the judgments for aggravated battery causing great bodily harm are affirmed with the sentences modified; and the judgments of conviction for aggravated battery employing the use of a deadly weapon are reversed.

Affirmed in part; modified in part; reversed in part.

LEIGHTON and DOWNING, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EBB SPRIGGS, JR., Defendant-Appellant.

(No. 59179;

First District (2nd Division)—April 9, 1974.

PER CURIAM.
DOWNING, J., took no part.

James J. Doherty, Public Defender, of Chicago (William Lebovitz and Bernard L. Schwartz, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Linda West Conley, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JUAN MARTINEZ, Defendant-Appellant.

(No. 56651;

First District (5th Division)—April 11, 1974.